Robert Mitchell (WSBN 37444)
Attorney at Law, PLLC
901 N. Monroe Street, Ste 356
Spokane, WA  99201
Telephone: 509-327-2224
Facsimile: 509-327-3374
Email: bobmitchellaw@yahoo.com

    Attorney for Plaintiff, Jimmy Tripp

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JIMMY TRIPP,<br><br>        Plaintiffs,<br><br>v.<br><br>BAY AREA CREDIT SERVICE, LLC, A California Limited Liability Company,<br><br>        Defendant. | NO. 10CV-05118-KLS<br><br>MOTION AND ORDER OF DISMISSAL |

**COME NOW** the parties and stipulating and agreeing to the entry of this Order of Dismissal, the Plaintiff being represented by his attorney, Robert Mitchell, and the Defendant by its attorney Michael Farrell, the parties having stipulated and agreed to the entry of this order NOW, THEREFORE, it is hereby:

MOTION AND ORDER OF DISMISSAL    1

Law Office of Robert Mitchell
901 N. Monroe, Suite 356
Spokane, WA  99201
(509) 327-2224     Fax 327-3374

1  **ORDERED** that the claims of the Plaintiff shall be and are hereby dismissed with prejudice and without an award of costs or attorney's fees. It is further:

**ORDERED** that the claims of the Defendant for or against the Plaintiff and/or its counsel heretofore arising shall be and are hereby dismissed with prejudice and without an award of costs or attorney's fees.

**DATED** this      1st    day of July, 2010.

_____
Karen L. Strombom
United States Magistrate Judge

Presented by:

S//Robert Mitchell                    DATED:   6-24-2010
Robert Mitchell (WSBN 37444)
Attorney at Law, PLLC
901 N. Monroe Street, Ste 356
Spokane, WA  99201
Telephone: 509-327-2224
Facsimile: 509-327-3374
Email: bobmitchelllaw@yahoo.com
Attorney for Plaintiff

MOTION AND ORDER OF DISMISSAL     2     Law Office of Robert Mitchell
                                         901 N. Monroe, Suite 356
                                         Spokane, WA  99201
                                         (509) 327-2224    Fax 327-3374

Notice of presentment waived:

S//Michael Farrell                               DATED:   6-24-2010
Michael J. Farell (WSBN 18897)
Martin Bischoff Templeton Langslet & Hoffman, LLP
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone: 503-224-3113
Facsimile: 503-224-9471
Email: MFarrell@martinbischoff.com
Attorney for Defendant

MOTION AND ORDER OF DISMISSAL                3            Law Office of Robert Mitchell
                                                          901 N. Monroe, Suite 356
                                                          Spokane, WA  99201
                                                          (509) 327-2224    Fax 327-3374